1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   GENNADIY KUZMINSKIY,                    No. 2:22-cv-0041-EFB P

12              Plaintiff,

13        v.                                 ORDER

14   g. MATTEST

15              Defendant.

16

17        Plaintiff is a state prisoner proceeding without counsel seeking a writ of habeas corpus

18   pursuant to 28 U.S.C. § 2254.  However, he has neither filed an application for leave to proceed

19   in forma pauperis nor paid the required filing fee ($5.00).  *See* 28 U.S.C. §§ 1914(a); 1915(a).

20   Petitioner will be provided the opportunity to either submit a request to proceed in forma pauperis

21   or submit the appropriate filing fee.

22        In accordance with the above, IT IS ORDERED that:

23        1.  Petitioner shall submit, within thirty days from the date of this order, a request to

24             proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply

25             with this order may result in this action being dismissed; and

26   /////

27   /////

28   /////

                                            1

2.  The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

Dated:  January 10, 2022.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE