1

2

3

4

5

6

7                                UNITED STATES DISTRICT COURT

8                          FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   GENNADIY KUZMINSKIY,                          No.  2:22-cv-0041-WBS-EFB P

11                    Petitioner,

12          v.                                     FINDINGS AND RECOMMENDATIONS

13   G. MATTESON,

14                    Respondent.

15

16          Petitioner is a state prisoner proceeding without counsel in this petition for writ of

17   habeas corpus brought under 28 U.S.C. § 2254.  On April 13, 2022, respondent filed a motion to

18   dismiss the petition.  ECF No. 11.  On May 17, 2022, the court informed petitioner of the

19   requirements for filing an opposition to a motion to dismiss.  ECF No. 13.  That order gave

20   petitioner twenty-one (21) days to file an opposition or statement of non-opposition. *Id.*

21          The time for acting has passed and petitioner has not filed an opposition or a statement of

22   no opposition nor otherwise responded to the May 17, 2022 order.

23          Accordingly, it is RECOMMENDED that this action be dismissed.  Fed. R. Civ. P. 41(b);

24   Rule 12, Rules Governing § 2254 Cases.

25          These findings and recommendations are submitted to the United States District Judge

26   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

27   after being served with these findings and recommendations, any party may file written

28   objections with the court and serve a copy on all parties.  Such a document should be captioned

                                                     1

1  "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

2  within the specified time may waive the right to appeal the District Court's order.  *Turner v.*

3  *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).  In

4  his objections petitioner may address whether a certificate of appealability should issue in the

5  event he files an appeal of the judgment in this case.  *See* Rule 11, Rules Governing Section 2254

6  Cases (the district court must issue or deny a certificate of appealability when it enters a final

7  order adverse to the applicant).

8  Dated:  June 10, 2022.

9

10                                          EDMUND F. BRENNAN
                                            UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28