UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENNADIY KUZMINSKIY, | No. 2:22-cv-0041-WBS-EFB (HC) |
| Petitioner, | |
| v. | ORDER |
| G. MATTESON, | |
| Respondent. | |

Petitioner is a state prisoner proceeding without counsel in this petition for writ of habeas corpus brought under 28 U.S.C. § 2254. On June 10, 2022, the court found that petitioner had failed to respond to respondent's motion to dismiss and issued findings and recommendations to dismiss this action. ECF No. 14. On June 21, 2022, the Clerk's office docketed petitioner's request to stay these proceedings until the Covid-19 quarantine at his prison is lifted. ECF No. 15. Petitioner's request is granted to the extent that the court will hold the findings and recommendations in abeyance to allow petitioner another opportunity to respond to the pending motion to dismiss.

Accordingly, IT IS HEREBY ORDERED that petitioner's request for a stay (ECF No. 15), is granted to the extent that petitioner shall have another sixty days within which to respond

/////

/////

1

to the pending motion to dismiss. Should petitioner fail to comply with this order, the findings and recommendations will be submitted to the district judge for consideration.

Dated: June 22, 2022.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE