1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    GENNADIY KUZMINSKIY,                    No.  2:22-cv-0041-WBS-EFB (HC)

12                    Petitioner,

13         v.                                 ORDER

14    G. MATTESON,

15                    Respondent.

16

17         Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18    corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate

19    Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20         On June 10, 2022, the magistrate judge filed findings and recommendations herein which

21    were served on petitioner and which contained notice to petitioner that any objections to the

22    findings and recommendations were to be filed within fourteen days.  (Docket No. 14.)  Petitioner

23    then filed a response requesting additional time due to COVID-10 lockdowns at his facility and

24    also stating that he objected to dismissal.  (Docket No. 15.)  The magistrate judge gave plaintiff

25    an additional sixty days to respond to defendant's motion to dismiss.  (Docket No. 16.)  However,

26    plaintiff did not file any response to the motion to dismiss and did not request additional time

27    beyond those sixty days.

28         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

1

1 | court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the

2 | court finds the findings and recommendations to be supported by the record and by proper

3 | analysis.  Accordingly, the court ORDERS as follows:

4 |      1.  The findings and recommendations filed are adopted in full;

5 |      2.  This action is dismissed without prejudice for failure to fully exhaust state court

6 | remedies (<u>Coleman v. Thompson</u>, 501 U.S. 722, 731 (1991);

7 |      3.  The Clerk is directed to close the case; and

8 |      4.  The court declines to issue a certificate of appealability.

9 | Dated:  September 30, 2022

10 | WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2